```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
JOSEPH DEANGELIS, et al.,            : 11 Civ. 7866 (VM) (JCF)
                                     :
            Plaintiffs,              :
                                     :
     - against -                     :
                                     :
JON S. CORZINE, ET AL.,              :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - :
IN RE MF GLOBAL HOLDINGS LTD.        :
INVESTMENT LITIGATION                :   12 MD 2338
                                     :
                                     :     O R D E R
                                     :
- - - - - - - - - - - - - - - - - - :
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

The Trustee in the liquidation proceeding of MFGI under the Securities Investor Protection Act (the "SIPA Trustee") having agreed to assign his claims to the customer class representatives in this action; and the customer class representatives having applied for an extension of time to file a consolidated amended complaint ("CAC") until after an assignment agreement is approved; and counsel in Sapere CTA Fund, L.P. v. Corzine, 11 Civ. 9114, having applied for a similar extension; and the parties having submitted letters regarding case management issues; and a pretrial conference having been held on August 27, 2012, it is hereby ORDERED as follows:

1. The deadline for filing the CAC and for filing any amended

complaint in <u>Sapere</u> is extended until 14 days after any agreement assigning the claims of the SIPA Trustee is approved by the Bankruptcy Court and this Court (the "Filing Deadline").

2. Defendants shall answer or move with respect to the CAC and the amended <u>Sapere</u> complaint 60 days after the Filing Deadline. Answers to any such motions shall be submitted 120 days after the Filing Deadline, and replies shall be submitted 150 days after the Filing Deadline.

3. In the customer actions, initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure shall be exchanged 30 days after the Filing Deadline.

4. In the customer actions, document discovery pursuant to Rules 34 and 45 shall commence 30 days after the Filing Deadline. Deposition discovery shall be stayed pending determination of dispositive motions, except that: (a) depositions related to the location and production of documents may proceed, and (b) depositions necessary to preserve testimony of persons who may not be available at trial may proceed upon the agreement of the parties or further court order.

5. Discovery in the securities action is stayed pursuant to the Private Securities Litigation Reform Act. However, the customer plaintiffs have indicated a willingness to share information obtained in discovery with the securities plaintiffs,

and the defendants have indicated that nothing precludes such an arrangement.

6. 30 days after the Filing Date, the parties shall submit a joint status report setting forth (a) the protocol for establishing a joint repository for the SIPA documents and other discovery, and (b) any agreements regarding the form of production.

7. The establishment of additional deadlines shall be deferred until the dispositive motions are decided.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         September 14, 2012

Copies mailed this date:

Christopher J. Keller, Esq.
Cynthia A. Hanawalt, Esq.
Dominic J. Auld, Esq.
Iona Evans, Esq.
Javier Bleichmar, Esq.
Stephen W. Tountas, Esq.
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

3

Gerald H. Silk, Esq.
Hannah E. Ross, Esq.
Salvatore J. Graziano, Esq.
Sean K. O'Dowd, Esq.
Stefanie J. Sundel, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019

Brian C. Kerr, Esq.
David A.P. Brower, Esq.
Brower Piven, A Professional Corporation
488 Madison Avenue, Eighth Floor
New York, NY 10022

Jason M. Leviton, Esq.
Scott A. Mays, Esq.
Berman DeValerio
One Liberty Square, 8th Floor
Boston, MA 02109

Jeffrey C. Block, Esq.
Whitney E. Street, Esq.
Block & Leviton LLP
155 Federal Street, Suite 1303
New York, NY 10013

Russell D. Paul, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Amanda M. Steiner, Esq.
Christina H. C. Sharp, Esq.
Daniel C. Girard, Esq.
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Jacob H. Zamansky, Esq.
Edward H. Glenn, Jr., Esq.
Zamansky & Associates, L.L.C.
50 Broadway
32nd Floor
New York, NY 10004

Christopher J. Gray, Esq.
Law Office of Christopher J. Gray, P.C
460 Park Avenue 21st Floor
New York, NY 10022

John J. Witmeyer, III, Esq.
Jon R. Grabowski, Esq.
Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005-1875

Andrei V. Rado, Esq.
Benjamin Y. Kaufman, Esq.
Carla F. Fredericks, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Charles M. Plavi, Esq.
Jeffrey R. Krinsk, Esq.
Mark Leland Knutson, Esq.
Finkelstein & Krinsk, LLP
501 W. Broadway, Suite 1250
San Diego, CA 92101

Daniel J. Walker, Esq.
Merrill G. Davidoff, Esq.
Michael Dell'Angelo, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Roger Joel Bernstein, Esq.
535 Fifth Avenue
35th Floor
New York, NY 10017

Clinton A. Krislov, Esq.
Krislov & Associates, Ltd.
20 North Wacker Drive
Chicago, IL 60606

Brittany E. Kirk, Esq.
Claire E. Gorman, Esq.
Michael H. Moirano, Esq.
Nisen & Elliott LLC
200 West Adams Street
Suite 2500
Chicago, IL 60606

Jeremy A. Lieberman, Esq.
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036

Danielle S. Myers, Esq.
Darren J. Robbins, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Samuel H. Rudman, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747

Andrew J. Entwistle, Esq.
Joshua Killion Porter, Esq.
Stephen David Oestreich, Esq.
Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

Marc M. Seltzer, Esq.
Susman Godfrey, L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029

Imtiaz A. Siddiqui, Esq.
Cotchett, Pitre & McCarthy LLP
One Liberty Plaza, 23rd Floor
New York, NY 10006

Arthur H. Aufses, III, Esq.
Craig L. Siegel, Esq.
Paul H. Schoeman, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

James N. Benedict, Esq.
Thomas A. Arena, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St.
Los Angeles, CA 90017

Justin A. Alfano, Esq.
Sean M. Murphy, Esq.
Milbank, Tweed, Hadley & McCloy LLP (NYC)
1 Chase Manhattan Plaza
New York, NY 10005

Stuart J. Baskin, Esq.
Adam S. Hakki, Esq.
H. Miriam Farber, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Dean L. Chapman, Esq.
Estela Diaz, Esq.
Joseph Lee Sorkin, Esq.
Robert Henry Hotz, Jr., Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Edmund Polubinski, III, Esq.
David B. Toscano, Esq.
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017

David A. Barrett, Esq.
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
New York, NY 10022

Marilyn C. Kunstler, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Andrew J. Levander, Esq.
Benjamin E. Rosenberg, Esq.
Matthew L. Mazu, Esq.
Rebecca S. Kahan, Esq.
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036-6797

David M. Rosenfield, Esq.
Lisamarie F. Collins, Esq.
Therese M. Doherty, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Christopher M. Joralemon, Esq.
Mark A. Kirsch, Esq.
Ladan F. Stewart, Esq.
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue, 48th Floor
New York, NY 10166

G. Robert Gage, Jr., Esq.
Ashley R. Garman, Esq.
Gage, Spencer & Fleming, LLP
410 Park Avenue
New York, NY 10022

Frank H. Wohl, Esq.
Daniel E. Reynolds, Esq.
Michael D. Longyear, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 10110

Brett G. Canna, Esq.
Jayne S. Robinson, Esq.
Kathryn Ann McDonald, Esq.
Robinson McDonald & Canna LLP
61 Broadway, Suite 1415
New York, NY 10006

Helen Byung-Son Kim, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Helen V. Cantwell, Esq.
Maeve L. O'Connor, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022

Jeffry M. Henderson, Esq.
Harris Lee Kay, Esq.
Henderson & Lyman
175 West Jackson Boulevard
Chicago, IL 60604

Gregory John O'Connell, Esq.
Philip Canning Patterson, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, 26th Floor
New York, NY 10110

Alejandro G. Rosenberg, Esq.
Steptoe & Johnson, LLP
1114 Avenue of the Americas
New York, NY 10036

Darren B. Kinkead, Esq.
Christopher James Barber, Esq.
Steptoe & Johnson LLP
115 S. Lasalle St., Ste. 3100
Chicago, IL 60603-3903

Brian Jason Fischer, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Charles B. Sklarsky, Esq.
Gregory M Boyle, Esq.
Jeffrey S. Eberhard, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

John F Savarese, Esq.
John F. Lynch, Esq.
Ralph M. Levene, Esq.
Steven Peter Winter, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Matthew C. Crowl, Esq.
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

Kenneth M. Rehns, Esq.
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th Floor
New York, NY 10005

R. Bryant McCulley, Esq.
McCulley McCluer PLLC
58 Vine Street, Suite 204
Birmingham, AL 35213

Lee S. Richards, III, Esq.
Neil S. Binder, Esq.
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1003

Lee S. Richards, III, Esq.
Neil S. Binder, Esq.
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1003