Christopher J. Barber
312 577 1230
cbarber@steptoe.com



115 South LaSalle Street, Suite 3100
Chicago, Illinois 60603-3903
312 577 1300
www.steptoe.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/13

September 16, 2013

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re: *Deangelis et al. v. Corzine et al.*, No. 11 Civ. 7866 (VM)

Dear Judge Marrero,

Steptoe & Johnson LLP ("Steptoe") represents Defendant Edith O'Brien in the above-captioned consolidated action. To date, the following three attorneys affiliated with Steptoe have entered appearances as counsel for Ms. O'Brien in the above-captioned consolidated action:

- Christopher J. Barber (ECF No. 320)
- Darren Bernens Kinkead (ECF No. 308)
- Alejandro Gabriel Rosenberg (ECF No. 141 and ECF No. 245)

As of August 9, 2013, however, Mr. Rosenberg is no longer affiliated with Steptoe. Accordingly, I respectfully request that Mr. Rosenberg's appearance as counsel for Ms. O'Brien be withdrawn on both Docket No. 11 Civ. 7866 (VM) and Docket No. 12 MD 2338 (VM).

Steptoe continues to represent Ms. O'Brien in the above-captioned consolidated action, and Mr. Kinkead and I will continue to appear as counsel.

Respectfully submitted,

*Christopher J. Barber /DK*

Christopher J. Barber

cc: Counsel of record (via email)

SO ORDERED.

9-16-13
DATE      VICTOR MARRERO, U.S.D.J.