UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MF GLOBAL HOLDINGS LTD. INVESTMENT LITIGATION | Case No. 12-MD-2338 (VM) |
| JOSEPH DEANGELIS, et al., Plaintiffs - against - JON S. CORZINE, et al., Defendants. | Case No. 11-Civ-7866 (VM) ECF CASE |
| THIS DOCUMENT RELATES TO: The Commodity Customer Class Action | |



## JUDGMENT

VICTOR MARRERO, United States District Judge:

Whereas the Customer Representatives have moved for entry of judgment (the "Motion"), pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as to their claims against defendant PricewaterhouseCoopers LLP ("PwC"), as set forth in Counts XIII and XIV of the Consolidated Amended Class Action Complaint for Violations of the Commodity Exchange Act and Common Law (the "CAC");

And whereas the Court dismissed the Customer Representatives' claims against PwC in its Decision and Order, dated February 11, 2014 (the "Dismissal Order," ECF No. 641);

And the Court, having considered all matters submitted to it concerning the Customer Representatives' Motion;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. This Judgment is final as to the Customer Representatives' claims against PwC (Counts XIII and XIV of the CAC).

2. PwC is entirely separate and distinct from the other Defendants named in the CAC. Pursuant to the Dismissal Order, the rights and liabilities of PwC have been finally decided with respect to all of the Customer Representatives' claims against PwC (Counts XIII and XIV of the CAC).

3. The Court finds that there is no just reason for delay of a final judgment as to PwC. If PwC remains in this action and the Customer Representatives are unable to take an appeal of the Dismissal Order until after entry of final judgment as to all parties, the Customer Representatives will be needlessly forced to delay an appeal of the Dismissal Order as to PwC for a period of years. Permitting the prompt appellate review of the Dismissal Order as to PwC will not prejudice any party: PwC will benefit from an early final determination of the claims against it; and a resolution in favor of the Customer Representatives will facilitate the orderly incorporation of PwC into pre-trial, summary judgment and trial proceedings.

4. The issues resolved in the Dismissal Order as to PwC are unique and do not apply to any other Defendant, and so there is no danger of a multiplicity of appeals on the Customer Representatives' claims against PwC (Counts XIII and XIV of the CAC).

5. The Customer Representatives' claims against PwC in Counts XIII and XIV of the CAC are dismissed with prejudice.

6. The Court finds that there is no just reason for delay in the entry of this Judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

SO ORDERED this 24th day of March, 2014.

_____
The Honorable Victor Marrero
United States District Judge