UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE MF GLOBAL HOLDINGS LTD. INVESTMENT LITIGATION** | 12 MD 2338 (VM) |
| **JOSEPH DEANGELIS, et al.,**<br><br>            **Plaintiffs**<br><br>      vs.<br><br>**JON S. CORZINE, et al.,**<br><br>            **Defendants.** | 11 Civ. 7866 (VM) |
| **This Document Relates To:**<br><br>*H. Martin Klinker, Jr. et al., vs. JPMorgan Chase & Co., et al.* | 12 Civ. 3589 (VM) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs H. Martin Klinker, Jr., Rocking K Land and Cattle, Inc., Philip Timothy Johnson, and Wade Jacobsen voluntarily dismiss, without prejudice, their claims against defendants in civil action case number 12 Civ. 3589 (VM).

Dated: July 17, 2014

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Matthew K. Edling*

Matthew K. Edling (*Pro Hac Vice*)
medling@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiffs H. Martin Klinker, Jr., Rocking K Land and Cattle, Inc., Philip Timothy Johnson, and Wade Jacobsen*