USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
                                   :  Civil Action No. 1:11-cv-07866-VM
IN RE MF GLOBAL HOLDINGS           :
LIMITED SECURITIES LITIGATION      :  ECF CASE
                                   :
                                   :
                                   :
                                   :
---------------------------------- x
                                   :
THIS DOCUMENT RELATES TO:          :
                                   :
All Securities Actions             :
(*DeAngelis v. Corzine*)           :
---------------------------------- x

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon the stipulation of all named Plaintiffs and the undersigned Defendants in the above-captioned action, by and through their respective counsel, Plaintiff Monica Rodriguez's claims asserted in the Consolidated Second Amended Securities Class Action Complaint, including Plaintiff Rodriguez's Section 10(b) and Section 20(a) claims under the Securities Exchange Act of 1934 (the "Exchange Act") against Defendants Jon S. Corzine, J. Randy MacDonald, Henri J. Steenkamp, and PricewaterhouseCoopers LLP, are hereby DISMISSED, with prejudice, with each side to bear its own costs and attorneys' fees.

Nothing in this Stipulation and Order has dismissed, or shall be deemed to have dismissed, the claims of Lead Plaintiffs The Virginia Retirement System and Her Majesty The Queen In Right Of Alberta, and additional named plaintiffs The Government Of Guam Retirement Fund, The West Virginia Laborers' Pension Trust Fund, LRI Invest S.A., and Jerome

1

Vrabel brought pursuant to the Exchange Act or the Securities Act of 1933 in this consolidated securities action.

STIPULATED AND AGREED:

Dated: February 2, 2015

*/s/*

Salvatore J. Graziano
Hannah G. Ross
Jai Chandrasekhar
Stefanie J. Sundel
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs
The Virginia Retirement System and
Her Majesty The Queen in Right of Alberta
and Counsel for Government of Guam
Retirement Fund and West Virginia Laborers'
Pension Trust Fund*

*/s/*

Ann Ritter
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 (fax)

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins
655 West Broadway
San Diego, CA 92101
(619) 231-1058
(619) 231-7423 (fax)

*Additional Counsel For
Named Plaintiff LRI Invest, S.A.*

*/s/*

Javier Bleichmar
Stephen W. Tountas
Dominic J. Auld
Cynthia Hanawalt
**BLEICHMAR FONTI TOUNTAS & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1340
Fax: (212) 205-3960

*Co-Lead Counsel for Lead Plaintiffs
The Virginia Retirement System and
Her Majesty The Queen in Right of Alberta*

*/s/*

Jacob H. Zamansky
**ZAMANSKY LLC**
Sam Bonderoff
50 Broadway
New York, NY 10004
(212) 742-1414
(212) 742-1177 (fax)

*Additional Counsel For Monica Rodriguez
and Jerome Vrabel*

2

/s/ Matthew Mazur
Andrew J. Levander
Jonathan R. Streeter
Matthew L. Mazur
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Jon S. Corzine*

Robert H. Hotz, Jr
Estela Diaz
Dean L. Chapman
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for J. Randy MacDonald*

Neil S. Binder
Danielle Levine
**BINDER & SCHWARTZ LLP**
28 West 44th Street, 7th Floor
New York, NY 10036
Tel: (347) 334-5090
Fax: (347) 772-3072

*Attorneys for Henri Steenkamp*

Edmund Polubinski III
David B. Toscano
Daniel A. Spitzer
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Attorneys for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis and Robert S. Sloan*

Adam S. Hakki
H. Miriam Farber
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Jefferies LLC (f/k/a Jefferies & Company, Inc.), BMO Capital Markets Corp., Commerz Markets LLC, Natixis Securities Americas LLC (f/k/a Natixis Securities North America Inc.), Lebenthal & Co., LLC, and U.S. Bancorp Investments, Inc.*

James J. Capra, Jr.
James P. Cusick
David M. Fine
J. Emmett Murphy
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Attorneys for PricewaterhouseCoopers LLP*

3

Andrew J. Levander
Jonathan R. Streeter
Matthew L. Mazur
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Jon S. Corzine*

Robert H. Hotz, Jr
Estela Diaz
Dean L. Chapman
**AKIN GUMP STRAUSS
HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for J. Randy MacDonald*

Neil S. Binder
Danielle Levine
**BINDER & SCHWARTZ LLP**
28 West 44th Street, 7th Floor
New York, NY 10036
Tel: (347) 334-5090
Fax: (347) 772-3072

*Attorneys for Henri Steenkamp*

Edmund Polubinski III
David B. Toscano
Daniel A. Spitzer
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Attorneys for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis and Robert S. Sloan*

Adam S. Hakki
H. Miriam Farber
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Jefferies LLC (f/k/a Jefferies & Company, Inc.), BMO Capital Markets Corp., Commerz Markets LLC, Natixis Securities Americas LLC (f/k/a Natixis Securities North America Inc.), Lebenthal & Co., LLC, and U.S. Bancorp Investments, Inc.*

James J. Capra, Jr.
James P. Cusick
David M. Fine
J. Emmett Murphy
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Attorneys for PricewaterhouseCoopers LLP*

3

Andrew J. Levander
Jonathan R. Streeter
Matthew L. Mazur
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Jon S. Corzine*

Neil S. Binder
Danielle Levine
**BINDER & SCHWARTZ LLP**
28 West 44th Street, 7th Floor
New York, NY 10036
Tel: (347) 334-5090
Fax: (347) 772-3072

*Attorneys for Henri Steenkamp*

Robert H. Hotz, Jr
Estela Diaz
Dean L. Chapman
**AKIN GUMP STRAUSS
HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for J. Randy MacDonald*

Edmund Polubinski III
David B. Toscano
Daniel A. Spitzer
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Attorneys for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis and Robert S. Sloan*

Adam S. Hakki
H. Miriam Farber
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Jefferies LLC (f/k/a Jefferies & Company, Inc.), BMO Capital Markets Corp., Commerz Markets LLC, Natixis Securities Americas LLC (f/k/a Natixis Securities North America Inc.), Lebenthal & Co., LLC, and U.S. Bancorp Investments, Inc.*

James J. Capra, Jr.
James P. Cusick
David M. Fine
J. Emmett Murphy
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Attorneys for PricewaterhouseCoopers LLP*

3

Andrew J. Levander
Jonathan R. Streeter
Matthew L. Mazur
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Jon S. Corzine*

Neil S. Binder
Danielle Levine
**BINDER & SCHWARTZ LLP**
28 West 44th Street, 7th Floor
New York, NY 10036
Tel: (347) 334-5090
Fax: (347) 772-3072

*Attorneys for Henri Steenkamp*

Adam S. Hakki
H. Miriam Farber
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Jefferies LLC (f/k/a Jefferies & Company, Inc.), BMO Capital Markets Corp., Commerz Markets LLC, Natixis Securities Americas LLC (f/k/a Natixis Securities North America Inc.), Lebenthal & Co., LLC, and U.S. Bancorp Investments, Inc.*

Robert H. Hotz, Jr
Estela Diaz
Dean L. Chapman
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for J. Randy MacDonald*

Edmund Polubinski III
David B. Toscano
Daniel A. Spitzer
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Attorneys for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis and Robert S. Sloan*

James J. Capra, Jr.
James P. Cusick
David M. Fine
J. Emmett Murphy
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Attorneys for PricewaterhouseCoopers LLP*

3

| | |
|---|---|
| Andrew J. Levander<br>Jonathan R. Streeter<br>Matthew L. Mazur<br>**DECHERT LLP**<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br><br>*Attorneys for Jon S. Corzine* | Robert H. Hotz, Jr<br>Estela Diaz<br>Dean L. Chapman<br>**AKIN GUMP STRAUSS**<br>**HAUER & FELD LLP**<br>One Bryant Park, Bank of America Tower<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br><br>*Attorneys for J. Randy MacDonald* |
| Neil S. Binder<br>Danielle Levine<br>**BINDER & SCHWARTZ LLP**<br>28 West 44th Street, 7th Floor<br>New York, NY 10036<br>Tel: (347) 334-5090<br>Fax: (347) 772-3072<br><br>*Attorneys for Henri Steenkamp* | Edmund Polubinski III<br>David B. Toscano<br>Daniel A. Spitzer<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br><br>*Attorneys for David P. Bolger, Eileen S. Fusco,<br>David Gelber, Martin J.G. Glynn, Edward L.<br>Goldberg, David I. Schamis and Robert S. Sloan* |
| *Adam S. Hakki /ESS* (signature)<br>Adam S. Hakki<br>H. Miriam Farber<br>**SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 848-4000<br>Fax: (212) 848-7179<br><br>*Attorneys for Jefferies LLC (f/k/a Jefferies &<br>Company, Inc.), BMO Capital Markets Corp.,<br>Commerz Markets LLC, Natixis Securities<br>Americas LLC (f/k/a Natixis Securities North<br>America Inc.), Lebenthal & Co., LLC,<br>and U.S. Bancorp Investments, Inc.* | James J. Capra, Jr.<br>James P. Cusick<br>David M. Fine<br>J. Emmett Murphy<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 556-2100<br>Fax: (212) 556-2222<br><br>*Attorneys for PricewaterhouseCoopers LLP* |

3

Andrew J. Levander
Jonathan R. Streeter
Matthew L. Mazur
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Jon S. Corzine*

Robert H. Hotz, Jr
Estela Diaz
Dean L. Chapman
**AKIN GUMP STRAUSS
HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for J. Randy MacDonald*

Neil S. Binder
Danielle Levine
**BINDER & SCHWARTZ LLP**
28 West 44th Street, 7th Floor
New York, NY 10036
Tel: (347) 334-5090
Fax: (347) 772-3072

*Attorneys for Henri Steenkamp*

Edmund Polubinski III
David B. Toscano
Daniel A. Spitzer
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Attorneys for David P. Bolger, Eileen S. Fusco, David Gelber, Martin J.G. Glynn, Edward L. Goldberg, David I. Schamis and Robert S. Sloan*

Adam S. Hakki
H. Miriam Farber
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Jefferies LLC (f/k/a Jefferies & Company, Inc.), BMO Capital Markets Corp., Commerz Markets LLC, Natixis Securities Americas LLC (f/k/a Natixis Securities North America Inc.), Lebenthal & Co., LLC, and U.S. Bancorp Investments, Inc.*

James J. Capra, Jr.
James P. Cusick
David M. Fine
J. Emmett Murphy
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Attorneys for PricewaterhouseCoopers LLP*

3

SO ORDERED.

2-3-15
DATE        VICTOR MARRERO, U.S.D.J.

**SO ORDERED.**

Dated: _____, 2015
       New York, New York

                                            Honorable Victor Marrero
                                            U.S. District Court Judge