UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JOSEPH DeANGELIS, et al.,            : 11 Civ. 7866 (VM) (JCF)
                                     :
            Plaintiffs,              :
                                     :
     - against -                     :
                                     :
JON S. CORZINE, et al.,              :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - -:
IN RE MF GLOBAL HOLDINGS LTD.        :
INVESTMENT LITIGATION                :
                                     :    12 MD 2338
                                     :
                                     :    O R D E R
                                     :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

     A settlement conference having been held on March 18, 2015, it is hereby ORDERED that a further settlement conference will be held on April 1, 2015, at 9:30 a.m. in Courtroom 18D of the U.S. Courthouse, 500 Pearl Street, New York, New York. Counsel for the parties in all related cases except for the CFTC shall attend, along with each insurer.

                    SO ORDERED.

                    _____
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 30, 2015

Notice transmitted via CM/ECF to all counsel of record.